1 | BRUCE D. GOLDSTEIN, State Bar No. 135970
County Counsel
2 | ANNE L. KECK, State Bar No. 136315
Deputy County Counsel
3 | County of Sonoma
575 Administration Drive, Room 105A
4 | Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
5 | Facsimile: (707) 565-2624
E-mail: akeck@sonoma-county.org

Attorneys for the Sonoma County
Fair and Exposition, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, et al.,<br><br>    Defendants. | No. CV-11-3768 JSC<br><br>**STIPULATION TO EXTEND SONOMA COUNTY FAIR AND EXPOSITION, INC.'S TIME TO RESPOND TO THE COMPLAINT; [P~~ROPOSED~~] ORDER** |

This joint stipulation and request for entry of order is entered into by and between Plaintiff PNC Equipment Finance, LLC, a Delaware limited liability company, as successor to National City Commercial Capital Corporation ("Plaintiff"), and Defendant the Sonoma County Fair and Exposition, Inc., a non-profit corporation organized and existing under the laws of the State of California ("Sonoma County Fair"). This stipulation and concomitant request for order is made to provide the Sonoma County Fair with additional time in which to respond to the Complaint through September 21, 2011, which will not affect any other dates scheduled by this Court. The terms and provisions of this stipulation and request for order are set forth below.

**RECITALS**

A. Plaintiff filed its Complaint for (1) Specific Performance; (2) Declaratory Relief; and (3) Injunctive Relief herein on August 1, 2011 (the "Complaint"). Service was effectuated on the Sonoma County Fair on August 8, 2011.

B. To provide the Sonoma County Fair and its counsel with sufficient time to review and consider the allegations set forth in the Complaint, counsel for Plaintiff has consented to extend the time for the Sonoma County Fair to respond to the Complaint through September 21, 2011.

C. Extending the Sonoma County Fair's time to respond to the Complaint will not affect any other scheduling set by this Court pursuant to its Order Setting Initial Case Management Conference and ADR Deadlines entered on August 1, 2011; the schedule requires certain tasks be completed by October 27, 2011, and sets the Case Management Conference to be held on November 17, 2011.

D. Submission of this stipulation to the Magistrate Judge does not constitute consent on the part of either party to the Magistrate Judge hearing and deciding all matters with respect to this action.

WHEREFORE, the parties to this stipulation hereby agree and request entry of a court order as follows:

**STIPULATION**

1. The time in which Defendant the Sonoma County Fair and Exposition, Inc. may file and serve its response to the Complaint is requested to be extended through September 21, 2011.

2. Submission of this stipulation to the Magistrate Judge does not constitute consent on the part of either party to the Magistrate Judge hearing and deciding all matters with respect to this action.

///

1  3   This stipulation does not prevent or preclude the parties from seeking additional relief
2 from this Court, to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated: August 29, 2011                Bruce D. Goldstein, County Counsel

By: _____/s/ Anne L. Keck_____
   Anne L. Keck, Deputy County Counsel
   Attorneys for Defendant the Sonoma County
   Fair and Exposition, Inc.

Dated: August 29, 2011                Levy, Small & Lallas

By: _____/s/ Leo D. Plotkin_____
   Leo D. Plotkin
   Attorneys for Plaintiff

///

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that Defendant the Sonoma County Fair and Exposition, Inc. may file and serve its response to the Complaint through and including September 21, 2011.

Date: _August 30, 2011_             _Jacqueline S. Corley_
                                     HONORABLE JACQUELINE S. CORLEY
                                     United States Magistrate Judge

Stipulation to Extend Sonoma County Fair and
Exposition, Inc.'s Time to Respond to the
Complaint; [Proposed] Order              3              USDC Case No. CV-11-3768 JSC

1  ELECTRONIC CASE FILING ATTESTATION

2  I, Anne L. Keck, am the ECF User whose identification and password are being used to file

3 this **STIPULATION TO EXTEND SONOMA COUNTY FAIR AND EXPOSITION, INC.'S**

4 **TIME TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER** on behalf of Plaintiff

5 and Defendant the Sonoma County Fair and Exposition, Inc. pursuant to Civil Local Rule 7-11.  In

6 compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the filing of

7 this document has been obtained from its signatories.

8 Dated: August 29, 2011    Sonoma County Counsel

9             By: /s/ Anne L. Keck
              Anne L. Keck
10               Deputy County Counsel