LEO D. PLOTKIN (SBN 101893)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone:   (310) 471-3000
Facsimile:   (310) 471-7990
Email: lplotkin@lsl-la.com
Attorneys for Plaintiff
PNC Equipment Finance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 49TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; COUNTY OF MARIN, a political subdivision of the State of California; SONOMA COUNTY FAIR AND EXPOSITION, INC., a California corporation; and NAPA COUNTY FAIR ASSOCIATION, a California corporation,<br><br>Defendants. | Case No. CV 11-03768 JSC<br><br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING DATE ON MOTIONS; [~~PROPOSED~~] ORDER THEREON<br><br>Current Date:   November 17, 2011<br>Current Time:   1:30 p.m.<br>Courtroom:   F<br><br>[~~Proposed~~] Date:   December 8, 2011<br>[~~Proposed~~] Time:   1:30 p.m.<br>Courtroom:   F |


This Stipulation is made by and between plaintiff PNC Equipment Finance, LLC ("PNCEF") by and through its attorney of record Leo D. Plotkin of Levy, Small & Lallas, A Partnership of Professional Corporation, and defendants California Fairs Financing Authority ("CFFA") and the 49th District Agricultural Association ("DAA"), by and through their attorney of record, Hal Reiland of Reiland/Law, County of Marin ("Marin County"), by and through its attorney of record Edward James Kiernan, Sonoma County Fair and Exposition, Inc. ("Sonoma County"), by and through its attorney of record Holly Elizabeth Rickett, and Napa County Fair Association ("Napa County"), by and through its attorney of record Donald Douglas Shureen of McMillan & Shureen LLP, with respect to the following facts:

1. The Initial Case Management Conference in the above-captioned matter currently is set for November 17, 2011, at 1:30 p.m.

2. Also set for hearing on November 17, 2011 at 1:30 p.m. are two motions filed by PNCEF to strike certain affirmative defenses asserted by, respectively, defendants Marin County and Sonoma County.

3. Defendants CFAA and DAA have filed a motion to dismiss the Complaint of PNCEF, currently set for hearing on December 8, 2011 at 9:00 a.m.

4. PNCEF anticipates filing a motion for a preliminary injunction against CFFA, and anticipates that it will set that motion for hearing on December 8, 2011 at 9:00 a.m.

5. The parties all agree that resolution of CFFA's motion to dismiss and PNCEF's preliminary injunction motion should, in the interest of judicial economy, be decided at the same time, or prior to, the Initial Case Management Conference.

NOW, THEREFORE, it is stipulated as follows:

1. The hearing on PNCEF's motions to strike affirmative defenses and on CFFA's motion to dismiss shall be continued to December 8, 2011 at 1:30 p.m.

2. The Initial Case Management Conference shall be continued to December 8, 2011 at 1:30 p.m.

1    3.   PNCEF's motion for preliminary injunction, which shall be timely filed, may be set for hearing on December 8, 2011, at 1:30 p.m.

DATED: October 31, 2011

LEO D. PLOTKIN
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: /s/ Leo D. Plotkin
LEO D. PLOTKIN
Attorneys for Plaintiff
PNC Equipment Finance, LLC

DATED: October 31, 2011

HAL REILAND
REILAND/LAW

By: /s/
HAL REILAND
Attorneys for Defendants
California Fairs Financing Authority, and
49th District Agricultural Association

DATED: October __, 2011

EDWARD JAMES KIERNAN

By:_____
EDWARD JAMES KIERNAN
Attorneys for Defendant
County of Marin

DATED: October __, 2011

HOLLY ELIZABETH RICKETT

By:_____
HOLLY ELIZABETH RICKETT
Attorneys for Defendant
Sonoma County Fair and Exposition, Inc.

DATED: October __, 2011

DONALD DOUGLAS SHUREEN

By:_____
DONALD DOUGLAS SHUREEN
Attorneys for Defendant
Napa County Fair Association

27554

1  3. PNCEF's motion for preliminary injunction, which shall be timely filed, may be set for hearing on December 8, 2011, at 1:30 p.m.

DATED: October __, 2011

LEO D. PLOTKIN
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: _____
   LEO D. PLOTKIN
Attorneys for Plaintiff
PNC Equipment Finance, LLC

DATED: October __, 2011

HAL REILAND
REILAND/LAW

By: _____
   HAL REILAND
Attorneys for Defendants
California Fairs Financing Authority, and
49th District Agricultural Association

DATED: October 27, 2011

EDWARD JAMES KIERNAN

By: /s/ Edward J. K. _____
   EDWARD JAMES KIERNAN
Attorneys for Defendant
County of Marin

DATED: October __, 2011

HOLLY ELIZABETH RICKETT

By: _____
   HOLLY ELIZABETH RICKETT
Attorneys for Defendant
Sonoma County Fair and Exposition, Inc.

DATED: October __, 2011

DONALD DOUGLAS SHUREEN

By: _____
   DONALD DOUGLAS SHUREEN
Attorneys for Defendant
Napa County Fair Association

27554

-3-

Stipulation and [Proposed] Order
Case No. CV 3768 JSC

3. PNCEF's motion for preliminary injunction, which shall be timely filed, may be set for hearing on December 8, 2011, at 1:30 p.m.

DATED: October __, 2011

LEO D. PLOTKIN
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By:_____
LEO D. PLOTKIN
Attorneys for Plaintiff
PNC Equipment Finance, LLC

DATED: October __, 2011

HAL REILAND
REILAND/LAW

By:_____
HAL REILAND
Attorneys for Defendants
California Fairs Financing Authority, and
49th District Agricultural Association

DATED: October __, 2011

EDWARD JAMES KIERNAN

By:_____
EDWARD JAMES KIERNAN
Attorneys for Defendant
County of Marin

DATED: October 31, 2011

HOLLY ELIZABETH RICKETT

By:_____
HOLLY ELIZABETH RICKETT
Attorneys for Defendant
Sonoma County Fair and Exposition, Inc.

DATED: October __, 2011

DONALD DOUGLAS SHUREEN

By:_____
DONALD DOUGLAS SHUREEN
Attorneys for Defendant
Napa County Fair Association

27554

3. PNCEF's motion for preliminary injunction, which shall be timely filed, may be set for hearing on December 8, 2011, at 1:30 p.m.

DATED: October __, 2011

LEO D. PLOTKIN
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By:_____
LEO D. PLOTKIN
Attorneys for Plaintiff
PNC Equipment Finance, LLC

DATED: October __, 2011

HAL REILAND
REILAND/LAW

By:_____
HAL REILAND
Attorneys for Defendants
California Fairs Financing Authority, and
49th District Agricultural Association

DATED: October __, 2011

EDWARD JAMES KIERNAN

By:_____
EDWARD JAMES KIERNAN
Attorneys for Defendant
County of Marin

DATED: October __, 2011

HOLLY ELIZABETH RICKETT

By:_____
HOLLY ELIZABETH RICKETT
Attorneys for Defendant
Sonoma County Fair and Exposition, Inc.

DATED: October 31, 2011

DONALD DOUGLAS SHUREEN

By: /s/ Donald Douglas Shureen
DONALD DOUGLAS SHUREEN
Attorneys for Defendant
Napa County Fair Association

27554

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, AND THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED:

1. The hearing on PNCEF's motions to strike affirmative defenses is hereby continued to December 8, 2011 at 1:30 p.m.

2. The hearing on CFFA's and DAA's motion to dismiss is hereby continued to December 8, 2011 at 1:30 p.m.

3. The Initial Case Management Conference is hereby continued to December 8, 2011 at 1:30 p.m.

4. PNCEF's motion for preliminary injunction, which shall be timely filed, may be set for hearing on December 8, 2011, at 1:30 p.m.

DATED: November 1, 2011

_____
The Honorable Jacqueline S. Corley
United States Magistrate Judge

27554