LEO D. PLOTKIN (SBN 101893)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: lplotkin@lsl-la.com
Attorneys for Plaintiff
PNC Equipment Finance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 49TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; COUNTY OF MARIN, a political subdivision of the State of California; SONOMA COUNTY FAIR AND EXPOSITION, INC., a California corporation; and NAPA COUNTY FAIR ASSOCIATION, a California corporation,<br><br>Defendants. | Case No. CV 11-03768 JSC<br><br>Date: December 8, 2011<br>Time: 1:30 p.m.<br>Courtroom: F<br><br>STIPULATION TO EXTEND TIME FOR BRIEFING ON CALIFORNIA FAIRS FINANCING AUTHORITY AND 49TH DISTRICT AGRICULTURAL ASSOCIATION'S MOTION TO DISMISS FOR LACK OF JURISDICTION |

This Stipulation is made by and between Plaintiff PNC Equipment Finance, LLC ("PNCEF") and Defendants California Fairs Financing Authority and the 49th District Agricultural Association (collectively, "Moving Parties") with reference to the following facts:

1. Moving Parties have filed a Motion to Dismiss for Lack of Jurisdiction (the "Motion"), which is set for hearing on December 8, 2011 at 1:30 p.m.

2. Under the Northern District Local Rules, opposition from PNCEF is due on November 8, 2011 and any reply brief is due from Moving Parties on November 15, 2011.

3. PNCEF requires additional time to oppose the Motion, including time to finalize declarations with respect to certain evidentiary issues raised by the Motion.

4. If acceptable to the Court, Moving Parties are agreeable to allowing PNCEF through and including November 15, 2011 to file its opposition to the Motion, with the deadline for any reply papers extended to November 22, 2011.

NOW, THEREFORE, it is stipulated as follows:

1. PNCEF may have through and including November 15, 2011 to file opposition to the Motion.

2. Moving Parties may have through and including November 22, 2011 to file any reply papers in support of the Motion.

DATED: November 4, 2011

LEO D. PLOTKIN
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations


By: /s/Leo D. Plotkin
    LEO D. PLOTKIN
Attorneys for Plaintiff
PNC Equipment Finance, LLC

DATED: November 4, 2011

HAL REILAND
REILAND/LAW


By: /s/: Hal Reiland
    HAL REILAND
Attorneys for Defendants
California Fairs Financing Authority and
49th District Agricultural Association

## [~~PROPOSED~~] ORDER

Good cause appearing, and the parties having stipulated, IT IS HEREBY ORDERED:

1. PNCEF may have through and including November 15, 2011 to file and serve its opposition to the Motion.

2. Moving Parties may have through and including November 22, 2011 to file and serve any reply papers in support of the Motion.

DATED: November 7, 2011

_____
Honorable Magistrate Judge Jacqueline Scott Corley

27595