Hal Reiland (144240)
Reiland/Law
6160 Stoneridge Mall Rd. Ste. 120
Pleasanton, CA 94566
925-400-3300
hal@reilandlaw.com

Attorney for Defendant California Fairs Financing Authority, A California Joint Powers Authority, 49th District Agricultural Association, A state institution of the State of California.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC.<br><br>Plaintiff<br><br>vs.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, et al<br><br>Defendants | Case No. CV 11 3768 JSC<br><br>STIPULATION TO EXTEND TIME FOR BRIEFING ON PNC EQUIPMENT FINANCE LLC, MOTION FOR PRELIMINARY INJUNCTION<br><br><br>(Local Rule 6-3)<br><br>Judge: Jacqueline Scott Corley<br><br>Complaint Filed: August 1, 2011<br>Response Date: November 23, 2011 |

This Stipulation is made by and between Plaintiff PNC Equipment Finance, LLC ("PNCEF") and Defendants California Fairs Financing Authority and the 49th District Agricultural Association (collectively, "Responding Parties") with reference to the following facts:

1.    PNCEF filed a motion for Preliminary Injunction (the "Motion"), set for hearing on December 8, 2011 at 1:30 p.m.

2. Under the Northern District Local Rules, opposition from Defendants is due on or about November 17, 2011 and any reply brief is due from Moving Parties on November 24, 2011 (excluding holidays).

3. Responding Parties require additional time to oppose the Motion, including time to finalize declarations with respect to certain evidentiary issues raised by the Motion.

4. If acceptable to the Court, Moving Parties are agreeable to allowing Responding Parties through and including November 23, 2011 to file its opposition to the Motion, with the deadline for any reply papers extended to November 30, 2011.

NOW, THEREFORE, it is stipulated as follows:

1. Responding Parties may have through and including November 23, 2011 to file opposition to the Motion.

2. Moving Parties may have through and including November 30, 2011 to file any reply papers in support of the Motion.

DATED: November __, 2011          LEO D. PLOTKIN
                                  LEVY, SMALL & LALLAS
                                  A Partnership Including Professional
                                  Corporations


                                  By: /S/ PER Mr. PLOTKIN  11/13/11
                                       LEO D. PLOTKIN
                                  Attorneys for Plaintiff
                                  PNC Equipment Finance, LLC

DATED: November __, 2011          HAL REILAND
                                  REILAND/LAW


                                  By: _____
                                       HAL REILAND
                                  Attorneys for Defendants
                                  California Fairs Financing Authority and
                                  49th District Agricultural Association

REILAND/LAW
6160 Stoneridge Mall Rd. Ste. 120
Pleasanton, CA 94588
925-400-3300

# [PROPOSED] ORDER

Good cause appearing, and the parties having stipulated, IT IS HEREBY ORDERED:

1. Responding Parties may have through and including November 23, 2011 to file opposition to the Motion.

2. Moving Parties may have through and including November 30, 2011 to file any reply papers in support of the Motion.

Dated: ~~September __, 20~~11
November 18, 2011

_____
Hon. Jacqueline Scott Corley
United States District Judge