LEO D. PLOTKIN (SBN 101893)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049
Telephone:   (310) 471-3000
Facsimile:   (310) 471-7990
Email: lplotkin@lsl-la.com
Attorneys for Plaintiff
PNC Equipment Finance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 49TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; COUNTY OF MARIN, a political subdivision of the State of California; SONOMA COUNTY FAIR AND EXPOSITION, INC., a California corporation; and NAPA COUNTY FAIR ASSOCIATION, a California corporation,<br><br>Defendants. | Case No. CV 11-03768 JSC<br><br>Date:           December 8, 2011<br>Time:          1:30 p.m.<br>Courtroom:   F<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER THEREON |

This Stipulation is entered into by and between Plaintiff PNC Equipment Finance, LLC ("PNCEF") and Defendants California Fairs Financing Authority, 49th District Agricultural Association, County of Marin, Sonoma County Fair and Exposition, Inc., and Napa County Fair Association, (collectively, "Defendants") with reference to the following facts:

1. Defendants' responsive pleadings to the First Amended Complaint filed by PNCEF are due 10 days following the Settlement Conference conducted in this matter on January 26, 2012—on or before February 6, 2012.

2. At the Settlement Conference, an agreement in principle to resolve this entire action was reached between and among PNCEF and all Defendants, subject to (a) documentation, and (b) necessary approvals to be obtained by the representatives of Defendants who attended the Settlement Conference.

3. PNCEF and Defendants have been ordered by Magistrate Judge Spero to exchange initial drafts of the settlement documentation on or before February 9, 2012.

4. The next Scheduling Conference in this matter is set for March 8, 2012, with a Joint Case Management Statement due on or before March 1, 2012.

NOW, THEREFORE, it is stipulated as follows:

1. Defendants, and each of them, shall have through and including March 1, 2012 to answer or otherwise respond to PNCEF's First Amended Complaint.

```
1   DATED: January 30, 2012              LEO D. PLOTKIN
                                          LEVY, SMALL & LALLAS
2                                         A Partnership Including Professional
                                          Corporations
3

4
                                          By: ./s/Leo D. Plotkin
5                                                 LEO D. PLOTKIN
                                          Attorneys for Plaintiff
6                                         PNC Equipment Finance, LLC

7   DATED: February 3, 2012              HAL REILAND
                                          REILAND/LAW
8

9
                                          By: ./s/Hal Reiland
10                                                HAL REILAND
                                          Attorneys for Defendants
11                                        California Fairs Financing Authority and
                                          49th District Agricultural Association
12
    DATED: January 31, 2012              EDWARD JAMES KIERNAN, ESQ.
13                                        MARIN COUNTY COUNSEL

14

15                                        By: ./s/Edward James Kiernan
                                                  EDWARD JAMES KIERNAN
16                                        Attorneys for Defendant
                                          County of Marin
17

18  DATED: February 1, 2012              HOLLY ELIZABETH RICKETT
                                          SONOMA COUNTY COUNSEL
19

20                                        By: ./s/Holly Elizabeth Rickett
                                                  HOLLY ELIZABETH RICKETT
21                                        Attorneys for Defendant
                                          Sonoma County Fair and Exposition, Inc.
22
    DATED:                                DONALD DOUGLAS SHUREEN, ESQ.
23                                        MCMILLAN & SHUREEN LLP

24

25                                        By:
                                                  DONALD DOUGLAS SHUREEN
26                                        Attorneys for Defendant
                                          Napa County Fair Association
27

28
                                   -3-      Stipulation to Extend Time to Respond to
                                            First Amended Complaint; Order Thereon
                                            Case No. CV 3768 JSC
```

| | | |
|---|---|---|
| 1 | DATED: January 30, 2012 | LEO D. PLOTKIN |
| 2 | | LEVY, SMALL & LALLAS |
| | | A Partnership Including Professional |
| 3 | | Corporations |
| 4 | | |
| 5 | | By: /s/Leo D. Plotkin |
| | | LEO D. PLOTKIN |
| 6 | | Attorneys for Plaintiff |
| | | PNC Equipment Finance, LLC |
| 7 | DATED: | HAL REILAND |
| 8 | | REILAND/LAW |
| 9 | | By: |
| 10 | | HAL REILAND |
| | | Attorneys for Defendants |
| 11 | | California Fairs Financing Authority and |
| | | 49th District Agricultural Association |
| 12 | | |
| 13 | DATED: | EDWARD JAMES KIERNAN, ESQ. |
| | | MARIN COUNTY COUNSEL |
| 14 | | |
| 15 | | By: |
| | | EDWARD JAMES KIERNAN |
| 16 | | Attorneys for Defendant |
| | | County of Marin |
| 17 | | |
| 18 | DATED: | HOLLY ELIZABETH RICKETT |
| | | SONOMA COUNTY COUNSEL |
| 19 | | |
| 20 | | By: |
| | | HOLLY ELIZABETH RICKETT |
| 21 | | Attorneys for Defendant |
| | | Sonoma County Fair and Exposition, Inc. |
| 22 | | |
| 23 | DATED: 1/30/2012 | DONALD DOUGLAS SHUREEN, ESQ. |
| | | MCMILLAN & SHUREEN LLP |
| 24 | | |
| 25 | | By: [signature] |
| | | DONALD DOUGLAS SHUREEN |
| 26 | | Attorneys for Defendant |
| | | Napa County Fair Association |
| 27 | | |
| 28 | | |

-3-   Stipulation to Extend Time to Respond to
First Amended Complaint; Order Thereon
Case No. CV 3768 JSC

# ORDER

Good cause appearing, and the parties having stipulated:

1. IS HEREBY ORDERED that Defendants, and each of them, have through and including March 1, 2012 to answer or otherwise respond to PNCEF's First Amended Complaint.

DATED: February 7, 2012

*Jacqueline S. Corley*
The Honorable Jacqueline Scott Corley
United States Magistrate Judge

27902

# PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

  On February 6, 2012, I served the foregoing documents entitled STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER THEREON on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

<u>*See Attached Service List*</u>

☒   By Service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated on the attached service list.

☒   **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed February 6, 2012, at Los Angeles, California.

             /s/ Heidi Petrilli
             Heidi Petrilli

---

**PROOF OF SERVICE**

# SERVICE LIST

| | |
|---|---|
| Hal Reiland, Esq.<br>Reiland/Law<br>6160 Stoneridge Mall Road, Suite 120<br>Pleasanton, CA 94588<br>Email: hal@reilandlaw.com<br><br>***Attorney for Defendant***,<br>California Fairs Financing Authority, a California joint powers authority, and 49th District Agricultural Association a state institution of the State of California | Edward James Kiernan, Esq.<br>Marin County Counsel<br>3501 Civic Center Dr, #275<br>San Rafael, CA 94903<br>Email: ekiernan@co.marin.ca.us<br><br>***Attorney for Defendant,***<br>County of Marin |
| Donald Douglas Shureen, Esq.<br>McMillan & Shureen LLP<br>50 Santa Rosa Avenue, Fifth Floor<br>Santa Rosa, CA 95404-4952<br>Email: doug.shureen@mcmillanshureen.com<br><br>***Attorney for Defendant,***<br>Napa County Fair Association | Holly Elizabeth Rickett<br>Sonoma County Counsel<br>Deputy County Counsel<br>575 Administration Drive, Room 105-A<br>Santa Rosa, CA 95403<br>Email: hrickett@sonoma-county.org<br><br>***Attorney for Defendant,***<br>Sonoma County Fair and Exposition, Inc. |

**PROOF OF SERVICE**