1
2
3
4
5
6

LEO D. PLOTKIN (SBN 101893)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049
Telephone:     (310) 471-3000
Facsimile:      (310) 471-7990
Email: lplotkin@lsl-la.com
Attorneys for Plaintiff
PNC Equipment Finance, LLC

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN FRANCISCO DIVISION

10

11
12
13

14

15

16
17
18
19
20
21
22

PNC EQUIPMENT FINANCE, LLC, a
Delaware limited liability company, as
successor to NATIONAL CITY
COMMERCIAL CAPITAL CORPORATION,

                          Plaintiff,

            vs.

CALIFORNIA FAIRS FINANCING
AUTHORITY, a California joint powers
authority; 49TH DISTRICT AGRICULTURAL
ASSOCIATION, a state institution of the State
of California; COUNTY OF MARIN, a
political subdivision of the State of California;
SONOMA COUNTY FAIR AND
EXPOSITION, INC., a California corporation;
and NAPA COUNTY FAIR ASSOCIATION, a
California corporation,

                          Defendants.

Case No. CV 11-03768 JSC

Date:         December 8, 2011
Time:         1:30 p.m.
Courtroom:   F

STIPULATION TO EXTEND TIME TO
RESPOND TO FIRST AMENDED
COMPLAINT; ORDER THEREON

23

24
25
26
27

            This Stipulation is entered into by and between Plaintiff PNC Equipment Finance, LLC

("PNCEF") and Defendants California Fairs Financing Authority, 49th District Agricultural

Association, County of Marin, Sonoma County Fair and Exposition, Inc., and Napa County Fair

Association, (collectively, "Defendants") with reference to the following facts:

28

-1-        Stipulation to Extend Time to Respond to
First Amended Complaint; Order Thereon
Case No. CV 3768 JSC

1.    Defendants' responsive pleadings to the First Amended Complaint filed by PNCEF are due 10 days following the Settlement Conference conducted in this matter on January 26, 2012—on or before February 6, 2012.

2.    At the Settlement Conference, an agreement in principle to resolve this entire action was reached between and among PNCEF and all Defendants, subject to (a) documentation, and (b) necessary approvals to be obtained by the representatives of Defendants who attended the Settlement Conference.

3.    PNCEF and Defendants have been ordered by Magistrate Judge Spero to exchange initial drafts of the settlement documentation on or before February 9, 2012.

4.    The next Scheduling Conference in this matter is set for March 8, 2012, with a Joint Case Management Statement due on or before March 1, 2012.

NOW, THEREFORE, it is stipulated as follows:

1.    Defendants, and each of them, shall have through and including March 1, 2012 to answer or otherwise respond to PNCEF's First Amended Complaint.

1  DATED: January 30, 2012           LEO D. PLOTKIN
                                     LEVY, SMALL & LALLAS
2                                    A Partnership Including Professional
                                     Corporations
3

4

5                                    By: ./s/Leo D. Plotkin _____
                                             LEO D. PLOTKIN
6                                    Attorneys for Plaintiff
                                     PNC Equipment Finance, LLC

7  DATED: February 3, 2012           HAL REILAND
                                     REILAND/LAW
8

9                                    By: ./s/Hal Reiland _____
                                             HAL REILAND
10                                   Attorneys for Defendants
                                     California Fairs Financing Authority and
11                                   49th District Agricultural Association

12

13 DATED: January 31, 2012           EDWARD JAMES KIERNAN, ESQ.
                                     MARIN COUNTY COUNSEL
14

15                                   By: ./s/Edward James Kiernan _____
                                             EDWARD JAMES KIERNAN
16                                   Attorneys for Defendant
                                     County of Marin
17

18 DATED: February 1, 2012           HOLLY ELIZABETH RICKETT
                                     SONOMA COUNTY COUNSEL
19

20                                   By: ./s/Holly Elizabeth Rickett _____
                                             HOLLY ELIZABETH RICKETT
21                                   Attorneys for Defendant
                                     Sonoma County Fair and Exposition, Inc.
22

23 DATED:                            DONALD DOUGLAS SHUREEN, ESQ.
                                     MCMILLAN & SHUREEN LLP
24

25                                   By:
                                             DONALD DOUGLAS SHUREEN
26                                   Attorneys for Defendant
                                     Napa County Fair Association
27

28
                                -3-      Stipulation to Extend Time to Respond to
                                         First Amended Complaint; Order Thereon
                                         Case No. CV 3768 JSC

1    DATED: January 30, 2012                    LEO D. PLOTKIN
                                                LEVY, SMALL & LALLAS
2                                               A Partnership Including Professional
                                                Corporations
3

4
                                                By: ./s/Leo D. Plotkin
5                                                        LEO D. PLOTKIN
                                                Attorneys for Plaintiff
6                                               PNC Equipment Finance, LLC

7    DATED:                                     HAL REILAND
                                                REILAND/LAW
8

9                                               By:
                                                        HAL REILAND
10                                              Attorneys for Defendants
                                                California Fairs Financing Authority and
11                                              49th District Agricultural Association

12
     DATED:                                     EDWARD JAMES KIERNAN, ESQ.
13                                              MARIN COUNTY COUNSEL

14
                                                By:
15                                                      EDWARD JAMES KIERNAN
                                                Attorneys for Defendant
16                                              County of Marin

17
     DATED:                                     HOLLY ELIZABETH RICKETT
18                                              SONOMA COUNTY COUNSEL

19
                                                By:
20                                                      HOLLY ELIZABETH RICKETT
                                                Attorneys for Defendant
21                                              Sonoma County Fair and Exposition, Inc.

22
     DATED: 1/30/2012                           DONALD DOUGLAS SHUREEN, ESQ.
23                                              MCMILLAN & SHUREEN LLP

24

25                                              By:
                                                        DONALD DOUGLAS SHUREEN
26                                              Attorneys for Defendant
                                                Napa County Fair Association
27

28
                                        -3-        Stipulation to Extend Time to Respond to
                                                  First Amended Complaint; Order Thereon
                                                            Case No. CV 3768 JSC

## **ORDER**

Good cause appearing, and the parties having stipulated:

1.    IS HEREBY ORDERED that Defendants, and each of them, have through and including March 1, 2012 to answer or otherwise respond to PNCEF's First Amended Complaint.

DATED:  February <u>7</u>, 2012

_____
The Honorable Jacqueline Scott Corley
United States Magistrate Judge

27902

-4-    Stipulation to Extend Time to Respond to
First Amended Complaint; Order Thereon
Case No. CV 3768 JSC

1

**PROOF OF SERVICE**

2

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

3

4

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California  90049.

5

6

    On February 6, 2012, I served the foregoing documents entitled STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER THEREON on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

7

8

9

    ***See Attached Service List***

10

11

☒   By Service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document.  I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated on the attached service list.

12

13

14

15

16

☒   **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

17

18

19

Executed February 6, 2012, at Los Angeles, California.

20

                /s/ Heidi Petrilli

21

               Heidi Petrilli

22

23

24

25

26

27

28

## <u>SERVICE LIST</u>

| | |
|---|---|
| Hal Reiland, Esq.<br>Reiland/Law<br>6160 Stoneridge Mall Road, Suite 120<br>Pleasanton, CA  94588<br>Email: hal@reilandlaw.com<br><br>***Attorney for Defendant,***<br>California Fairs Financing Authority, a<br>California joint powers authority, and<br>49th District Agricultural Association a state<br>institution of the State of California | Edward James Kiernan, Esq.<br>Marin County Counsel<br>3501 Civic Center Dr, #275<br>San Rafael, CA 94903<br>Email: ekiernan@co.marin.ca.us<br><br>***Attorney for Defendant,***<br>County of Marin |
| Donald Douglas Shureen, Esq.<br>McMillan & Shureen LLP<br>50 Santa Rosa Avenue, Fifth Floor<br>Santa Rosa, CA 95404-4952<br>Email: doug.shureen@mcmillanshureen.com<br><br>***Attorney for Defendant,***<br>Napa County Fair Association | Holly Elizabeth Rickett<br>Sonoma County Counsel<br>Deputy County Counsel<br>575 Administration Drive, Room 105-A<br>Santa Rosa, CA 95403<br>Email: hrickett@sonoma-county.org<br><br>***Attorney for Defendant,***<br>Sonoma County Fair and Exposition, Inc. |
| | |

-2-