IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, et al.,<br><br>    Defendants. | No. C11-3768 JSC<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

As stated at the Case Management Conference on March 8, 2012, Defendants California Fairs Financing Authority ("CFFA") and the 49th District Agricultural Association shall provide proposed settlement agreements to Plaintiff and Defendants Marin County, Sonoma County Fair and Exposition, and Napa County Fair Association by the close of business on Friday, March 9, 2012. The Fairs will then provide copies of their agreements to Plaintiff. Should issues with the settlement agreements remain after March 21, 2012, the parties may notify the Court. In the meantime, no party need file an answer or other response to the Complaint.

**IT IS SO ORDERED.**

Dated: March 9, 2012

                                                          JACQUELINE SCOTT CORLEY<br>                                                          UNITED STATES MAGISTRATE JUDGE