United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, et. al.,<br><br>　　　　Defendants. | No. C11-3768 JSC<br><br>**ORDER RESCHEDULING TELEPHONIC STATUS CONFERENCE** |

The Court is in receipt of the Status Report filed by Plaintiff on May 29, 2012. (Dkt. No. 101.) The parties are still in the process of exchanging signatures, and Plaintiff and Defendant 49th DAA are attempting to resolve one remaining open issue. Given the ongoing negotiations between the parties, the telephonic status conference scheduled for May 31, 2012 will instead occur June 14, 2012 at 1:30 pm.

**IT IS SO ORDERED.**

Dated: May 30, 2012

　　　　　　　　　　　　　　　　　　　　　_Jacqueline S. Corley_
　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE