IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, et. al.,<br><br>  Defendants. | No. 11-3768 JSC<br><br>**ORDER TO SHOW CAUSE TO DEFENDANTS CALIFORNIA FAIRS FINANCING AUTHORITY AND 49TH DISTRICT AGRICULTURAL ASSOCIATION** |

At the Case Management Conference on June 14, 2012 the Court scheduled a further Case Management Conference for 1:30 p.m. on June 21, 2012. Plaintiff PNC Equipment Finance, LLC and Defendants California Fairs Financing Authority, 49th District Agricultural Association, and Napa County Fair Association were ordered to appear. At the appointed time, counsel for Plaintiff and Napa County Fair Association appeared by telephone, but counsel for the other two defendants did not appear by telephone or otherwise and did not otherwise communicate with the Court.

Accordingly, Defendants California Fairs Financing Authority and 49th District Agricultural Association are ORDERED TO SHOW CAUSE why they should not be sanctioned for their failure to appear on June 21, 2012. In particular, these defendants shall appear through counsel **in person** at a hearing at **1:30 p.m. on June 28, 2012**, Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The Show Cause Order may

be discharged, and counsel not required to appear in person on June 21, if the Court is advised in writing by Plaintiff and Defendants Napa County Fair Association, California Fairs Financing Authority, and 49th District Agricultural Association that all remaining issues have been resolved.

**IT IS SO ORDERED.**

Dated:  June 21, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE