1  LEO D. PLOTKIN (SBN 101893)
2  LEVY, SMALL & LALLAS
   A Partnership Including Professional Corporations
3  815 Moraga Drive
   Los Angeles, California  90049
   Telephone:    (310) 471-3000
4  Facsimile:    (310) 471-7990
   Email:        lplotkin@lsl-la.com
5
6  Attorneys for Plaintiff
   PNC EQUIPMENT FINANCE, LLC

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  PNC EQUIPMENT FINANCE, LLC,        Case No.  CV 11-03768 JSC
    a Delaware limited liability company,
14  as successor to NATIONAL CITY
    COMMERCIAL CAPITAL
15  CORPORATION,                       **STIPULATION FOR PARTIAL
                                       DISMISSAL BETWEEN PLAINTIFF
16                Plaintiff,           PNC EQUIPMENT FINANCE, LLC
                                       AND DEFENDANTS CALIFORNIA
17        vs.                          FAIRS FINANCING AUTHORITY AND
                                       49TH DISTRICT AGRICULTURAL
18                                     ASSOCIATION**

19  CALIFORNIA FAIRS FINANCING
    AUTHORITY, a California joint
20  powers authority; 49TH DISTRICT
    AGRICULTURAL ASSOCIATION, a
21  state institution of the State of California;
    COUNTY OF MARIN, a political
22  subdivision of the State of California;
    SONOMA COUNTY FAIR AND
23  EXPOSITION, INC., a California
    corporation; and NAPA COUNTY FAIR
24  ASSOCIATION, a California corporation,

25                Defendants.

26

27

28

1    Pursuant to a partial settlement of the above-captioned action, which concludes the entire

2    action, it is hereby stipulated by and between Plaintiff PNC Equipment Finance, LLC ("PNCEF")

3    and Defendants California Fairs Financing Authority ("CFFA") and 49th District Agricultural

4    Association ("49[th] DAA") that the above-captioned action may be partially dismissed as follows:

5        1.    The first, second and tenth claims for relief in PNCEF's First Amended

6    Complaint shall be dismissed without prejudice as to the 49th DAA.

7        2.    The first, second, third, fourth, fifth, sixth, seventh, eighth, ninth and fourteenth

8    claims for relief in PNCEF's First Amended Complaint shall be dismissed without prejudice as

9    to CFFA.

10       3.    Each party shall bear its own costs, including attorney's fees, with respect to the

11   claims being dismissed hereby.

12       4.    This partial dismissal shall not affect PNCEF's claims against any other parties,

13   nor shall it affect PNCEF's claims against CFFA except to the extent expressly provided for

14   herein.

15       5.    This partial dismissal shall not affect CFFA's claims against any other parties, nor

16   shall it affect CFFA's claims against PNCEF except to the extent expressly provided for herein.

17   DATED:  October 19, 2012               LEO D. PLOTKIN
                                            LEVY, SMALL & LALLAS
18                                          A Partnership Including Professional Corporations

19                                          By: /s/ Leo D. Plotkin
20                                              LEO D. PLOTKIN
                                            Attorneys for Plaintiff
21                                          PNC Equipment Finance, LLC

22

23   DATED:  October 19, 2012               HAL REILAND
                                            REILAND/LAW
24
                                            By: /s/ Hal Reiland
25                                              HAL REILAND
                                            Attorneys for Defendants
26                                          California Fairs Financing Authority and 49th
                                            District Agricultural Association
27

28   28494-4

                                                      -1-
                                            Case No.  CV 3768 JSC

# O R D E R

Good cause appearing, and the parties having stipulated, IT IS HEREBY ORDERED:

1.  The first, second and tenth claims for relief in PNCEF's First Amended Complaint shall be, and hereby are, dismissed without prejudice as to the 49th DAA.

2.  The first, second, third, fourth, fifth, sixth, seventh, eighth, ninth and fourteenth claims for relief in PNCEF's First Amended Complaint shall be, and hereby are, dismissed without prejudice as to CFFA.

3.  As a result of the dismissals so ordered herein, all claims against all defendants have now been dismissed pursuant to settlement, and the entire action accordingly is dismissed (as to each defendant, with or without prejudice as set forth in Stipulations for Partial Dismissal heretofore filed).  The court retains jurisdiction to enforce any of the settlements between the parties.

4.  Each party shall bear its own costs, including attorney's fees, with respect to the claims being dismissed hereby.

5.  This dismissal shall not affect PNCEF's claims against any other parties, nor shall it affect PNCEF's claims against CFFA except to the extent expressly provided for herein.

6.  This dismissal shall not affect CFFA's claims against any other parties, nor shall it affect CFFA's claims against PNCEF except to the extent expressly provided for herein.

DATED:  OCTOBER 22, 2012

THE HONORABLE JACQUELINE S. CORLEY
UNITED STATED MAGISTRATE

28494-4

-2-