```
 1  LEO D. PLOTKIN (SBN 101893)
    LEVY, SMALL & LALLAS
 2  A Partnership Including Professional Corporations
    815 Moraga Drive
 3  Los Angeles, California  90049
    Telephone:    (310) 471-3000
 4  Facsimile:    (310) 471-7990
    Email:        lplotkin@lsl-la.com
 5
    Attorneys for Plaintiff
 6  PNC EQUIPMENT FINANCE, LLC
 7
 8
 9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION
12
13  PNC EQUIPMENT FINANCE, LLC,         Case No.  CV 11-03768 JSC
    a Delaware limited liability company,
14  as successor to NATIONAL CITY
    COMMERCIAL CAPITAL              STIPULATION FOR PARTIAL
15  CORPORATION,                    DISMISSAL BETWEEN PLAINTIFF
                                    PNC EQUIPMENT FINANCE, LLC
16                 Plaintiff,       AND DEFENDANTS CALIFORNIA
                                    FAIRS FINANCING AUTHORITY AND
17       vs.                        49TH DISTRICT AGRICULTURAL
                                    ASSOCIATION
18
    CALIFORNIA FAIRS FINANCING
19  AUTHORITY, a California joint
    powers authority; 49TH DISTRICT
20  AGRICULTURAL ASSOCIATION, a
    state institution of the State of California;
21  COUNTY OF MARIN, a political
    subdivision of the State of California;
22  SONOMA COUNTY FAIR AND
    EXPOSITION, INC., a California
23  corporation; and NAPA COUNTY FAIR
    ASSOCIATION, a California corporation,
24
                   Defendants.
25
26
27
28
                                              STIPULATION AND ORDER
                                              Case No.  CV 3768 JSC
```

Pursuant to a partial settlement of the above-captioned action, which concludes the entire action, it is hereby stipulated by and between Plaintiff PNC Equipment Finance, LLC ("PNCEF") and Defendants California Fairs Financing Authority ("CFFA") and 49th District Agricultural Association ("49[th] DAA") that the above-captioned action may be partially dismissed as follows:

1. The first, second and tenth claims for relief in PNCEF's First Amended Complaint shall be dismissed without prejudice as to the 49th DAA.

2. The first, second, third, fourth, fifth, sixth, seventh, eighth, ninth and fourteenth claims for relief in PNCEF's First Amended Complaint shall be dismissed without prejudice as to CFFA.

3. Each party shall bear its own costs, including attorney's fees, with respect to the claims being dismissed hereby.

4. This partial dismissal shall not affect PNCEF's claims against any other parties, nor shall it affect PNCEF's claims against CFFA except to the extent expressly provided for herein.

5. This partial dismissal shall not affect CFFA's claims against any other parties, nor shall it affect CFFA's claims against PNCEF except to the extent expressly provided for herein.

DATED: October 19, 2012

LEO D. PLOTKIN
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: /s/ Leo D. Plotkin
    LEO D. PLOTKIN
Attorneys for Plaintiff
PNC Equipment Finance, LLC

DATED: October 19, 2012

HAL REILAND
REILAND/LAW

By: /s/ Hal Reiland
    HAL REILAND
Attorneys for Defendants
California Fairs Financing Authority and 49th District Agricultural Association

28494-4

-1-
Case No. CV 3768 JSC

# O R D E R

Good cause appearing, and the parties having stipulated, IT IS HEREBY ORDERED:

1. The first, second and tenth claims for relief in PNCEF's First Amended Complaint shall be, and hereby are, dismissed without prejudice as to the 49th DAA.

2. The first, second, third, fourth, fifth, sixth, seventh, eighth, ninth and fourteenth claims for relief in PNCEF's First Amended Complaint shall be, and hereby are, dismissed without prejudice as to CFFA.

3. As a result of the dismissals so ordered herein, all claims against all defendants have now been dismissed pursuant to settlement, and the entire action accordingly is dismissed (as to each defendant, with or without prejudice as set forth in Stipulations for Partial Dismissal heretofore filed). The court retains jurisdiction to enforce any of the settlements between the parties.

4. Each party shall bear its own costs, including attorney's fees, with respect to the claims being dismissed hereby.

5. This dismissal shall not affect PNCEF's claims against any other parties, nor shall it affect PNCEF's claims against CFFA except to the extent expressly provided for herein.

6. This dismissal shall not affect CFFA's claims against any other parties, nor shall it affect CFFA's claims against PNCEF except to the extent expressly provided for herein.

DATED: OCTOBER 22, 2012

*/s/ Jacqueline S. Corley*

THE HONORABLE JACQUELINE S. CORLEY
UNITED STATED MAGISTRATE

28494-4

-2-
Case No. CV 3768 JSC